Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
401 Wilshire Blvd 12th Floor
Santa Monica, CA 90401
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
steve@vondranlegal.com

Attorney for ALEJANDRO GALINDO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES INC., et al.<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO GALINDO, et al.<br><br>Defendants. | No. 2:20-cv-03129-SVW-GJS<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE Defendant has no opposition to Plaintiff's motion for preliminary injunction.

DATED this 10th day of April, 2019.

                                              **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**

                                              By /S/ Steve Vondran
                                                   Steven C. Vondran, Esq.
                                                   *Attorneys for Defendant*
                                                   *Alejandro Galindo*