JENNER & BLOCK LLP
JULIE A. SHEPARD (SBN 175538)
JShepard@jenner.com
ANDREW G. SULLIVAN (SBN 301122)
AGSullivan@jenner.com
SATI HARUTYUNYAN (SBN 313138)
SHarutyunyan@jenner.com
EFFIONG K. DAMPHA (SBN 323554)
EDampha@jenner.com
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Telephone:   (213) 239-5100
Facsimile:    (213) 239-5199

GIANNI P. SERVODIDIO (*admitted pro hac vice*)
gps@jenner.com
919 Third Avenue
New York, NY 10022-3908
Telephone:  (212) 891-1600
Facsimile:   (212) 891-1699

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.; AMAZON CONTENT SERVICES, LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; WARNER BROS. ENTERTAINMENT INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP;  UNIVERSAL TELEVISION LLC; and UNIVERSAL CONTENT PRODUCTIONS LLC, <br><br>Plaintiffs, <br><br>v. <br><br>ALEJANDRO GALINDO and DOES 1-20, <br><br>Defendants. | Case No. 2:20-cv-03129-SVW-GJSx <br><br>**PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ALEJANDRO GALINDO** <br><br>Judge: Hon. Stephen V. Wilson <br><br>Trial Date: None Set |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Columbia Pictures Industries, Inc., Amazon Content Services, LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Warner Bros. Entertainment Inc., Universal Studios Productions LLLP, Universal Television LLC, and Universal Content Productions LLC ("Plaintiffs") hereby request that the Clerk of the United States District Court for the Central District of California enter default in this matter against Defendant Alejandro Galindo ("Defendant") for failure to timely file an answer or otherwise respond to Plaintiffs' Complaint within 21 days as required by the Federal Rule of Civil Procedure ("F.R.C.P.").

As evidenced by the proof of service on file with this Court, Defendant was personally served with a copy of Plaintiffs' Complaint on April 3, 2020. *See* Dkt. No. 23. Defendant subsequently retained counsel who has appeared and filed pleadings in this case. *See* Dkt. Nos. 19, 27, 28.

Pursuant to F.R.C.P. 12(a), Defendant was required to file his responsive pleading with the Court by April 24, 2020. Defendant failed to do so and no stipulation to extend time was submitted to the Court. To the contrary, as reflected in the accompanying Declaration of Julie Shepard ("Shepard Decl.") submitted in support of this Application, the parties had some initial discussions about extending Defendant's time to respond by stipulation but ultimately Defendant's time to respond to Plaintiffs' Complaint was not extended by stipulation. Shepard Decl., ¶¶ 4-6, 8-9.

Dated: May 4, 2020                    JENNER & BLOCK LLP

By: _____
Julie Shepard
*Attorneys for Plaintiffs*