JS-6, O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

COLUMBIA PICTURES INDUSTRIES, INC.,
et al.,

                    Plaintiffs,

          v.

ALEJANDRO GALINDO, et al.,

                    Defendants.

Case No.:  2:20-cv-03129-MEMF (GJSx)

**JUDGMENT**

**<u>JUDGMENT</u>**

The Court has granted the Motion for Default Judgment against Defendants Richard Horsten (a/k/a "Rik de Groot") ("Horsten"), Anna Galindo, Martha Galindo, Osvaldo Galindo, Raul Orellana (a/k/a "Touchstone") ("Orellana"), and Firestream LLC ("Firestream") (collectively, the "Nitro Defendants")  filed by Plaintiffs Columbia Pictures, Industries, Inc.; Amazon Content Services, LLC; Disney Enterprises, Inc.; Paramount Pictures Corporation; Warner Bros. Entertainment Inc.; Universal City Studios Productions LLLP; Universal Television LLC; and Universal Content Productions LLC ("Plaintiffs"), ECF No. 227. The Court, upon receipt of Plaintiffs' Supplemental Brief in support of Terminating Sanctions and Entry of Judgment against Defendant Alejandro

("Alex") Galindo, has similarly granted Plaintiffs' requested relief. ECF No. 226. Accordingly, the Court hereby ENTERS JUDGMENT as follows:

1.  The Nitro Defendants are jointly and severally liable for statutory damages for the payment of $51,600,000.00. This reflects an award of the statutory maximum of $150,000 per work for the Nitro Defendants' willful infringement of each of Plaintiffs' identified 344 representative works.[1] This damage award also reflects an award of $27,200.84 per work for the Nitro Defendants' willful infringement of Plaintiffs' identified the 1,872 Works.

2.  Pursuant to 28 U.S.C. § 1961(a), the Nitro Defendants are jointly and severally liable for the payment of post-judgment interest in the amount of $1,976,280, calculated "at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a).[2]

3.  In addition, Plaintiffs are awarded fees and costs against Alex Galindo in the amount of $88,080 in attorneys' fees and costs for motion practice associated with their discovery motion (ECF Nos. 57, 82);

4.  Plaintiffs are also awarded $93,000 for its fees and costs against Alex Galindo associated with litigating their sanctions motion (ECF Nos. 164, 177, 177-1);

5.  The Order Granting Preliminary Injunction (ECF No. 34) is hereby made permanent. Specifically, all Nitro Defendants, their agents, servants, employees and all persons in

---

[1] These works are identified on Appendix "A" to this Final Judgment, which consists of the charts attached as Exhibits A through G to the Shepard Declaration submitted as part of Plaintiffs' supplemental briefing.

[2] *See* "Current Applicable Rates," Administrative Office of the U.S. Courts, https://www.uscourts.gov/services-forms/fees/post-judgment-interest-rate (last visited Nov. 17, 2022) ("Under each of the above statutes [including 28 U.S.C. § 1961] the rate of interest used in calculating the amount of post judgment interest is the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System. . . . . Additionally, as of October 11, 2016, the Board no longer publishes the H.15 [the Federal Reserve Board Selected Interest Rates statistical release] in PDF format or publish weekly and monthly averages directly on the H.15. Weekly and monthly averages continue to be available through the Board's Data Download Program."); "Data Download Program," Board of Governors of the Federal Reserve System, https://www.federalreserve.gov/datadownload/Choose.aspx?rel=H.15 (last visited Nov. 17, 2022) (applicable data pulled for the week of Nov. 9, 2022).

active concert and participation with them are **PERMANENTLY RESTRAINED AND ENJOINED** from:

a. Directly or secondarily, infringing any of Plaintiffs' Copyrighted Works through any means including publicly performing, reproducing, or otherwise infringing in any manner (including without limitation by materially contributing to or intentionally inducing the infringement of) any right under 17 U.S.C. § 106 in any of Plaintiffs' Copyrighted Works, including but not limited to those identified on Appendix "A". "Copyrighted Works" shall mean all copyrighted works (and any portions thereof) in which the Plaintiffs, individually or jointly, (or any parent, subsidiary, or affiliate of any of the Plaintiffs) owns or controls an exclusive right under the United States Copyright Act, 17 U.S.C. §§ 101 et seq.;

b. Operating any website, system, software, or service that is substantially similar to Nitro TV or other service, by any brand or name, that facilitates access to the Copyrighted Works without authorization; and

c. Transferring or performing any function that results in the transfer of the registration of the domain name of TekkHosting.com, NitroIPTV.com, Lalaluhosting.com, and Nitro.ltd domain names ("Nitro TV Domain Names") to any other registrant, registrar or person (e.g., companies like Njalla) other than as identified by Plaintiffs;

/ / /

/ / /

6.     Additionally, Tucows, Inc., Namecheap, Inc., and Domain.com, LLC, domain name registrars for the Nitro TV Domain Names and Njalla (a middleman) (*see* ECF No. 58, ¶¶ 9-13), as well as all others who receive notice of this Court's Judgment and Permanent Injunction, are **PERMANENTLY RESTRICTED AND ENJOINED** from allowing the Nitro TV Domain Names to be modified, sold, transferred to another owner, or deleted except for the transfer set forth in Paragraph 6(c) below.  In the event that to specified transfer is not possible, such entities are further ordered to keep permanently disabled access to the Nitro TV Domain Names. As part of accomplishing this, they shall take the following reasonable steps as needed:

a.   Maintain unchanged the WHOIS or similar contact and identifying information as of the time of receipt of this Judgment and maintain the Nitro TV Domain Names with the current registrar;

b.   Maintain the Nitro TV Domain Names inaccessible to everyone except Plaintiffs and their counsel, or any other person the Court may deem necessary; and

c.   Transfer the Nitro TV Domain Names to the Plaintiffs at no cost, and execute whatever documents and take whatever actions are reasonably necessary to effect the transfer.

7.     This Permanent Injunction shall bind the Nitro Defendants and all of their agents, servants, and employees, and all persons in active concert or participation or in privity with him who receive actual notice of this Permanent Injunction. The Nitro Defendants shall provide a copy of this Permanent Injunction to their agents, servants, employees, attorneys, and current and future administrators or moderators of any online forums associated with the Nitro TV enterprise and/or Plaintiffs' Copyrighted Works.

8.     Violation of this Permanent Injunction shall expose the Nitro Defendants and all other persons bound by this Permanent Injunction to all applicable penalties, including contempt of Court.

9.     Service by mail upon all Nitro Defendants at their last known address of a copy of this Final Judgment and Permanent Injunction, once entered by the Court, is deemed sufficient

notice to him under Federal Rule of Civil Procedure 65. It shall not be necessary for the Nitro Defendants to sign any form of acknowledgement of service.

10. Within 14 days of the date the Court enters this Final Judgment and Permanent Injunction, each Nitro Defendant shall file and serve a report in writing and under oath setting forth in detail the manner and form with which they have complied with the Permanent Injunction.

11. The Court shall retain jurisdiction over this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Final Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

Dated: November 18, 2022

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

# Appendix A

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Mean Girls | | Paramount Pictures Corporation | PA 1-233-942 | 7/12/2004 |
| Mission Impossible Ghost Protocol | | Paramount Pictures Corporation | PA 1-762-564 | 12/20/2011 |
| Star Trek Beyond | | Paramount Pictures Corporation | PA 1-994-401 | 7/21/2016 |
| Star Trek Into Darkness | | Paramount Pictures Corporation | PA 1-837-943 | 5/9/2013 |
| The Godfather, Part II | | Paramount Pictures Corporation | LP 44010 | 12/9/1974 |
| The Godfather, Part III | | Paramount Pictures Corporation | PA 509-359 | 3/20/1991 |
| Transformers Dark of the Moon | | Paramount Pictures Corporation | PA 1-739-345 | 6/29/2011 |
| Frankenweenie | | Disney Enterprises, Inc. | PA 1-811-293 | 10/22/2012 |
| Frozen II | | Disney Enterprises, Inc. | PA 2-217-415 | 12/12/2019 |
| Into the Woods | | Disney Enterprises, Inc. | PA 1-932-175 | 2/11/2015 |
| The Lone Ranger | | Disney Enterprises, Inc.; Jerry Bruckheimer, Inc. | PA 1-848-181 | 7/12/2013 |
| Toy Story 3 | | Disney Enterprises, Inc; Pixar. | PA 1-688-323 | 7/19/2010 |
| Abominable | | Universal City Studios Production LLLP Shanghai Pearl Studio Film and Television Tecnology Co. | PA 2-206-852 | 9/19/2019 |
| Atonement | | Universal City Studios Productions LLLP | PA 588 644 | 10/5/2007 |
| Back to the Future | | Universal City Studios, Inc. | PA 266-708 | 10/15/1985 |
| Bridesmaids | | Universal City Productions LLLP | PA 1-739-486 | 5/12/2011 |
| Casino | | Universal City Studios, Inc. Syalis Droits Audiovisuels | PA 720-616 | 11/15/1995 |
| Charlie Wilson's War | | Universal City Studios Productions LLLP MP Munich Pape Filmproductions GMBH & Co. KG | PA 1-591-563 | 1/22/2008 |
| Identity Thief | | Universal City Studios Productions LLLP | PA 1-833-795 | 2/8/2013 |
| Jason Bourne | | Universal City Studios Productions LLLP | PA 2-002-679 | 8/8/2016 |
| Jurassic World | | Amblin Entertainment, Inc. Universal City Studios Productions LLLP | PA 1-398-347 | 9/15/2016 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Jurassic World: Fallen Kingdom | | Universal City Studios Productions LLLP Amblin Entertainment, Inc. | PA 2-146-543 | 6/19/2018 |
| Knocked Up | | Universal City Studios LLLP | PA 1-375-523 | 5/31/2007 |
| Mary Queen of Scots | | Universal City Studios Productions LLLP | PA 2-165-554 | 12/10/2018 |
| Mr. Robot S01E01 | eps1.0_hellofriend.mov (Pilot) | Universal Content Productions LLC (formerly known as Universal Network Television, LLC) | PA 1-961-149 | 7/14/2015 |
| Mr. Robot S02E05 | eps2.3_logic_b0mb.hc | Universal Content Productions LLC (formerly known as Universal Cable Productions) | PA 2-003-757 | 8/17/2016 |
| Mr. Robot S02E07 | eps2.5_h4ndshake.sme | Universal Content Productions LLC (formerly known as Universal Cable Productions) | PA 2-005-193 | 9/8/2016 |
| The Office S06E01 | Gossip | Universal Content Productions LLC (formerly known as Universal Network Television, LLC) | PA 1-653-738 | 10/21/2009 |
| The Office S06E03 | The Promotion | Universal Content Productions LLC (formerly known as Universal Network Television, LLC) | PA 1-653-733 | 10/21/2009 |
| The Office S06E04 | Niagra | Universal Content Productions LLC (formerly known as Universal Network Television, LLC) | PA 1-653-756 | 10/21/2009 |
| The Secret Life of Pets | | Universal City Studios Productions LLLP | PA 1-992-458 | 6/24/2016 |
| Split | | Universal City Studios Productions LLLP | PA 2-021-437 | 2/3/2017 |
| Us | | Universal City Studios Productions LLLP Picture Universe Investments Inc. | PA 2-161-1290 | 3/20/2019 |
| Welcome Home Roscoe Jenkins | | Universal City Studios Productions LLLP Internationale Filmproduktion MSB GmbH & Co. KG | PA 1-593-188 | 2/13/2008 |
| The Karate Kid | | Columbia Pictures Industries, Inc. | PA 216-986 | 7/6/1984 |
| The Karate Kid, Part II | | Columbia Pictures Industries, Inc. | PA 293-353 | 6/25/1986 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Men in Black: International | | Columbia Pictures Industries, Inc. Tencent Pictures (USA) LLC Hemisphere-Culver III, LLC | PA 2-185-238 | 7/11/2019 |
| Smurfs: The Lost Village | | Columbia Pictures Industries, Inc. Sony Pictures Animation Inc. LSC Film Corporation | PA 2-029-508 | 4/21/2017 |
| Spider-Man: Homecoming | | Columbia Pictures Industries, Inc. LSC Film Corporation | PA 2-044-059 | 7/7/2017 |
| Venom | | Columbia Pictures Industries, Inc. Tencent Pictures (USA) LLC | PA 2-131-027 | 10/25/2018 |
| Batman v. Superman: Dawn of Justice | | Warner Bros.Entertainment Inc. Ratpac-Dune Entertainment LLC | PA 1-981-624 | 3/30/2016 |
| The Hangover Part II | | Warner Bros. Entertainment Inc. | PA 1-736-738 | 6/10/2011 |
| The Hangover Part III | | Warner Bros. Entertainment Inc. Legendary Pictures | PA 1-849-051 | 7/18/2013 |
| Harry Potter and The Goblet of Fire | | Warner Bros. Entertainment Inc. (by assignment from Patalex IV Productions Limited) Legendary Pictures Funding, LLC | PA 1-279-121 | 2/15/2006 |
| Harry Potter and The Order of the Phoenix | | Warner Bros. Entertainment Inc. | PA 1-355-547 | 9/21/2007 |
| Joker | | Warner Bros. Entertainment Inc. Village Roadshow Films North America Inc. Bron Creative USA Corp. | PA 2-205-188 | 10/3/2019 |
| Life of the Party | | Warner Bros. Entertainment Inc. | PA 2-099-143 | 5/11/2018 |
| A Star is Born | | Metro-Goldwyn-Mayer Pictures Inc. Warner Bros. Entertainment Inc. | PA 2-126-256 | 10/4/2018 |
| Suicide Squad | | Warner Bros. Entertainment Inc. Ratpac-Dune Entertainment LLC | PA 1-995-698 | 8/4/2016 |
| War Dogs | | Warner Bros. Entertainment Inc. Ratpac-Dune Entertainment LLC | PA 1-997-352 | 8/19/2016 |
| Homecoming S01E02 | Pineapple | Universal Cable Productions LLC Amazon Content Services LLC | PA 2-161-387 | 11/15/2018 |
| Bad Boys | | Columbia Pictures Industries, Inc. | PA 699-273 | 5/2/1995 |
| Bad Boys II | | Columbia Pictures Industries, Inc. | PA 1-143-878 | 8/12/2003 |
| Bad Boys for Life | | Columbia Pictures Industries, Inc. | PA 2-228-950 | 2/14/2020 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Big Fish | | Columbia Pictures Industries, Inc. | PA 1-195-955 | 1/14/2004 |
| Ghostbusters | | Columbia Pictures Industries, Inc. | PA-216-987 | 6/28/1984 |
| Men in Black | | Columbia Pictures Industries, Inc. | PA 845-156 | 7/10/1997 |
| Men in Black II | | Columbia Pictures Industries, Inc. | PA 1-089-930 | 7/3/2002 |
| Men in Black 3 | | Columbia Pictures Industries, Inc. | PA 1-787-577 | 5/24/2012 |
| Pineapple Express | | Columbia Pictures Industries, Inc. | PA 1-603-113 | 8/7/2008 |
| Spider-Man | | Columbia Pictures Industries, Inc. | PA 1-079-955 | 5/3/2002 |
| Spider-Man 2 | | Columbia Pictures Industries, Inc. | PA 1-222-519 | 6/30/2004 |
| Spider-Man 3 | | Columbia Pictures Industries, Inc. | PA 1-332-103 | 5/1/2007 |
| The Amazing Spider-Man | | Columbia Pictures Industries, Inc. | PA 1-793-261 | 6/29/2012 |
| The Amazing Spider-Man 2 | | Columbia Pictures Industries, Inc. | PA 1-889-675 | 4/16/2014 |
| Spider-Man: Homecoming | | Columbia Pictures Industries, Inc. | PA 2-044-059 | 7/7/2017 |
| Spider-Man: Far From Home | | Columbia Pictures Industries, Inc. | PA 2-189-651 | 7/19/2019 |
| The Alec Baldwin Show | "Robert De Niro, Taraji P. Henson" (101) | Disney Enterprises, Inc. | PA 2-150-567 | 11/15/2018 |
| The Alec Baldwin Show | "Kim Karsashian West" (102) | Disney Enterprises, Inc. | PA 2-157-532 | 10/29/2018 |
| The Alec Baldwin Show | "Ricky Gervais, Jeff Bridges" (103) | Disney Enterprises, Inc. | PA 2-160-274 | 11/5/2018 |
| The Alec Baldwin Show | "Mike Myers, Cecile Richards" (104) | Disney Enterprises, Inc. | PA 2-150-563 | 11/15/2018 |
| The Alec Baldwin Show | "Sarah Jessica Parker" (105) | Disney Enterprises, Inc. | PA 2-179-680 | 2/1/2019 |
| The Alec Baldwin Show | "Kerry Washington, Robert F. Kennedy, Jr." (106) | Disney Enterprises, Inc. | PA 2-162-262 | 12/24/2018 |
| The Alec Baldwin Show | "Regina King, Gloria Allred" (108) | Disney Enterprises, Inc. | PA 2-179-681 | 2/1/2019 |
| American Housewife | "Mom Guilt" (301) | Disney Enterprises, Inc. | PA 2-151-176 | 10/9/2018 |
| American Housewife | "Here We Go Again" (302) | Disney Enterprises, Inc. | PA 2-157-192 | 10/15/2018 |
| American Housewife | "Cheaters Sometimes Win" (303) | Disney Enterprises, Inc. | PA 2-155-979 | 10/18/2018 |
| American Housewife | "Enemies: An Onto Story" (304) | Disney Enterprises, Inc. | PA 2-157-529 | 10/26/2018 |
| American Housewife | "Body Image" (305) | Disney Enterprises, Inc. | PA 2-163-792 | 11/13/2018 |
| American Housewife | "Trust Me" (306) | Disney Enterprises, Inc. | PA 2-155-483 | 11/2/2018 |
| American Housewife | "The Code" (307) | Disney Enterprises, Inc. | PA 2-164-501 | 11/20/2018 |
| American Housewife | "Trophy Wife" (308) | Disney Enterprises, Inc. | PA 2-167-352 | 12/10/2018 |
| American Housewife | "Mo' Money, Mo' Problems" (309) | Disney Enterprises, Inc. | PA 2-177-566 | 3/7/2019 |
| American Housewife | "Highs and Lows" (310) | Disney Enterprises, Inc. | PA 2-162-054 | 12/18/2018 |
| American Housewife | "Saving Christmas" (311) | Disney Enterprises, Inc. | PA 2-165-957 | 12/24/2018 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| American Housewife | "Disconnected" (312) | Disney Enterprises, Inc. | PA 2-176-658 | 2/26/2019 |
| American Housewife | "Baby Crazy" (313) | Disney Enterprises, Inc. | PA 2-190-157 | 3/15/2019 |
| American Housewife | "The Things You Do" (314) | Disney Enterprises, Inc. | PA 2-175-217 | 2/15/2019 |
| American Housewife | "American Idol" (315) | Disney Enterprises, Inc. | PA 2-180-436 | 4/2/2019 |
| American Housewife | "Insta-Friends" (316) | Disney Enterprises, Inc. | PA 2-187-510 | 4/9/2019 |
| American Housewife | "Liar Liar, Room on Fire" (317) | Disney Enterprises, Inc. | PA 2-181-827 | 4/23/2019 |
| American Housewife | "A Mom's Paradise" (318) | Disney Enterprises, Inc. | PA 2-203-232 | 9/26/2019 |
| American Housewife | "Grandma's Way" (319) | Disney Enterprises, Inc. | PA 2-183-075 | 5/7/2019 |
| American Housewife | "Field Trippin'" (320) | Disney Enterprises, Inc. | PA 2-195-914 | 8/23/2019 |
| American Housewife | "Phone Free Day" (321) | Disney Enterprises, Inc. | PA 2-188-294 | 5/1/2019 |
| American Housewife | "The Dance" (322) | Disney Enterprises, Inc. | PA 2-189-955 | 5/28/2019 |
| American Housewife | "Locked in the Basement" (323) | Disney Enterprises, Inc. | PA 2-195-916 | 5/20/2019 |
| Black-ish | "Gap Year" (501) | Disney Enterprises, Inc. | PA 2-155-981 | 10/18/2018 |
| Black-ish | "Don't You Be My Neighbor" (502) | Disney Enterprises, Inc. | PA 2-155-485 | 11/2/2018 |
| Black-ish | "Purple Rain" (503) | Disney Enterprises, Inc. | PA 2-160-673 | 11/26/2018 |
| Black-ish | "Good Grief" (504) | Disney Enterprises, Inc. | PA 2-164-498 | 12/3/2018 |
| Black-ish | "Scarred for Life" (505) | Disney Enterprises, Inc. | PA 2-163-797 | 11/13/2018 |
| Black-ish | "Friends Without Benefits" (506) | Disney Enterprises, Inc. | PA 2-162-049 | 12/18/2018 |
| Black-ish | "Christmas in Theater Eight" (507) | Disney Enterprises, Inc. | PA 2-165-959 | 12/24/2018 |
| Black-ish | "Stand Up, Fall Down" (508) | Disney Enterprises, Inc. | PA 2-167-354 | 12/10/2018 |
| Black-ish | "Wilds of Valley Glen" (509) | Disney Enterprises, Inc. | PA 2-166-940 | 1/17/2019 |
| Black-ish | "Waitz in A Minor" (510) | Disney Enterprises, Inc. | PA 2-179-570 | 2/5/2019 |
| Black-ish | "Black Like Us" (511) | Disney Enterprises, Inc. | PA 2-171-631 | 1/23/2019 |
| Black-ish | "Dreamgirls and Boys" (512) | Disney Enterprises, Inc. | PA 2-176-659 | 2/26/2019 |
| Black-ish | "Son of a Pitch" (513) | Disney Enterprises, Inc. | PA 2-177-558 | 3/7/2019 |
| Black-ish | "JUSTAKIDFROM COMPTON" (514) | Disney Enterprises, Inc. | PA 2-180-428 | 4/2/2019 |
| Black-ish | "Enough is Enough" (515) | Disney Enterprises, Inc. | PA 2-187-516 | 4/9/2019 |
| Black-ish | "Each One, Teach One" (516) | Disney Enterprises, Inc. | PA 2-180-913 | 4/15/2019 |
| Black-ish | "Black History Month" (517) | Disney Enterprises, Inc. | PA 2-190-176 | 3/15/2019 |
| Black-ish | "Andre Johnson: Good Person" (518) | Disney Enterprises, Inc. | PA 2-181-830 | 4/23/2019 |
| Black-ish | "Under the Influence" (519) | Disney Enterprises, Inc. | PA 2-188-287 | 5/1/2019 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Black-ish | "Good in the 'Hood" (520) | Disney Enterprises, Inc. | PA 2-183-078 | 5/7/2019 |
| Black-ish | "Relatively Grown Man" (521) | Disney Enterprises, Inc. | PA 2-203-239 | 6/6/2019 |
| Black-ish | "FriDre Night Lights" (522) | Disney Enterprises, Inc. | PA 2-195-918 | 5/15/2019 |
| Black-ish | "Is it Desert or Dessert" (523) | Disney Enterprises, Inc. | PA 2-189-956 | 5/28/2019 |
| Castaways | "Only the Lonely" (103) | Disney Enterprises, Inc. | PA 2-152-113 | 9/18/2018 |
| Castaways | "Three's a Crowd" (104) | Disney Enterprises, Inc. | PA 2-152-115 | 9/18/2018 |
| Castaways | "A Cry for Help" (105) | Disney Enterprises, Inc. | PA 2-152-117 | 9/18/2018 |
| Castaways | "My True Rescue" (106) | Disney Enterprises, Inc. | PA 2-149-879 | 11/15/2018 |
| Castaways | "Is It Worth It? (107)" | Disney Enterprises, Inc. | PA 2-149-859 | 11/15/2018 |
| Castaways | "Hindsight" (108) | Disney Enterprises, Inc. | PA 2-150-602 | 11/15/2018 |
| Castaways | "The Search" (109) | Disney Enterprises, Inc. | PA 2-158-711 | 11/15/2018 |
| Prep & Landing | | Disney Enterprises, Inc. | PA 1-684-059 | 6/23/2010 |
| Prep & Landing: Naughty vs. Nice | | Disney Enterprises, Inc. | PA 1-771-370 | 1/20/2012 |
| The Fix | "Pilot" (101) | Disney Enterprises, Inc. | PA 2-180-445 | 4/2/2019 |
| The Fix | "Revenge" (102) | Disney Enterprises, Inc. | PA 2-187-509 | 4/9/2019 |
| The Fix | "The Wire" (103) | Disney Enterprises, Inc. | PA 2-180-916 | 4/15/2019 |
| The Fix | "Scandal" (104) | Disney Enterprises, Inc. | PA 2-181-820 | 4/23/2019 |
| The Fix | "Lie to Me" (105) | Disney Enterprises, Inc. | PA 2-188-291 | 5/1/2019 |
| The Fix | "The Fugitive" (106) | Disney Enterprises, Inc. | PA 2-183-081 | 5/7/2019 |
| The Fix | "Ghost Whisperer" (107) | Disney Enterprises, Inc. | PA 2-195-936 | 8/23/2019 |
| The Fix | "Queen for a Day" (108) | Disney Enterprises, Inc. | PA 2-195-938 | 8/23/2019 |
| The Fix | "Jeopardy" (109) | Disney Enterprises, Inc. | PA 2-189-958 | 5/28/2019 |
| The Fix | "Making a Murderer" (110) | Disney Enterprises, Inc. | PA 2-203-235 | 9/26/2019 |
| For the People | "First Inning" (201) | Disney Enterprises, Inc. | PA 2-180-961 | 3/19/2019 |
| For the People | "This is America" (202) | Disney Enterprises, Inc. | PA 2-181-110 | 3/27/2019 |
| For the People | "Minimum Continuing Legal Education" (203) | Disney Enterprises, Inc. | PA 2-180-133 | 4/2/2019 |
| For the People | "The Vast, Immovable Object" (204) | Disney Enterprises, Inc. | PA 2-187-522 | 4/9/2019 |
| For the People | "One Big Happy Family" (205) | Disney Enterprises, Inc. | PA 2-180-908 | 4/15/2019 |
| For the People | "You Belong Here" (206) | Disney Enterprises, Inc. | PA 2-181-824 | 4/23/2019 |
| For the People | "The Boxer" (207) | Disney Enterprises, Inc. | PA 2-188-283 | 5/1/2019 |
| For the People | "Moral Suasion" (208) | Disney Enterprises, Inc. | PA 2-195-929 | 5/15/2019 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| For the People | "Who Are We Now?" (209) | Disney Enterprises, Inc. | PA 2-195-935 | 5/20/2019 |
| For the People | "A Choice Between Two Things" (210) | Disney Enterprises, Inc. | PA 2-189-959 | 5/28/2019 |
| Frozen | | Disney Enterprises, Inc. | PA 1-871-077 | 12/9/2013 |
| Grand Hotel | "Pilot" (101) | Disney Enterprises, Inc. | PA 2-193-598 | 7/2/2019 |
| The Great Christmas Light Fight | "Episode 601" (601) | Disney Enterprises, Inc. | PA 2-179-683 | 2/1/2019 |
| The Great Christmas Light Fight | "Episode 603" (603) | Disney Enterprises, Inc. | PA 2-179-686 | 2/1/2019 |
| The Great Christmas Light Fight | "Episode 605 (605) | Disney Enterprises, Inc. | PA 2-179-689 | 2/1/2019 |
| The Great Christmas Light Fight | "Episode 607" (607) | Disney Enterprises, Inc. | PA2-162-182 | 12/24/2018 |
| How to Get Away with Murder | "Your Funeral" (501) | Disney Enterprises, Inc. | PA 2-151-142 | 10/9/2018 |
| How to Get Away with Murder | "Whose Blood is That?" (502) | Disney Enterprises, Inc. | PA 2-155-987 | 10/18/2018 |
| How to Get Away with Murder | "The Baby Was Never Dead" (503) | Disney Enterprises, Inc. | PA 2-155-989 | 10/18/2018 |
| How to Get Away with Murder | "It's Her Kid" (504) | Disney Enterprises, Inc. | PA 2-157-524 | 10/26/2018 |
| How to Get Away with Murder | "It Was the Worst Day of My Life" (505) | Disney Enterprises, Inc. | PA 2-155-505 | 11/2/2018 |
| How to Get Away with Murder | "We Can Find Him" (506) | Disney Enterprises, Inc. | PA 2-163-794 | 11/13/2018 |
| How to Get Away with Murder | "I Got Played" (507) | Disney Enterprises, Inc. | PA 2-164-502 | 11/20/2018 |
| How to Get Away with Murder | "I Want to Love You Until the Day I Died" (508) | Disney Enterprises, Inc. | PA 2-160-699 | 11/26/2018 |
| How to Get Away with Murder | "He Betrayed Us Both" (509) | Disney Enterprises, Inc. | PA 2-171-632 | 1/23/2019 |
| How to Get Away with Murder | "Don't Go Dark on Me" (510) | Disney Enterprises, Inc. | PA 2-179-585 | 2/5/2019 |
| How to Get Away with Murder | "Be the Martyr" (511) | Disney Enterprises, Inc. | PA 2-175-212 | 2/15/2019 |
| How to Get Away with Murder | "We Know Everything" (512) | Disney Enterprises, Inc. | PA 2-180-244 | 2/19/2019 |
| How to Get Away with Murder | "Where are Your Parents?" (513) | Disney Enterprises, Inc. | PA 2-176-661 | 2/26/2019 |
| How to Get Away with Murder | "Make Me the Enemy" (514) | Disney Enterprises, Inc. | PA 2-177-575 | 3/7/2019 |
| How to Get Away with Murder | "Please Say No One Else is Dead" (515) | Disney Enterprises, Inc. | PA 2-190-195 | 3/15/2019 |
| Jimmy Kimmel Live | (18-2762) Airdate 09/04/2018 | Disney Enterprises, Inc. | PA 2-155-552 | 10/25/2018 |
| Jimmy Kimmel Live | (18-2767) Airdate 09/11/2018 | Disney Enterprises, Inc. | PA 2-152-142 | 9/18/2018 |
| Jimmy Kimmel Live | (18-2770) Airdate 09/18/2018 | Disney Enterprises, Inc. | PA 2-155-468 | 10/2/2018 |
| Jimmy Kimmel Live | (18-2775) Airdate 09/25/2018 | Disney Enterprises, Inc. | PA 2-151-145 | 10/9/2018 |
| Jimmy Kimmel Live | (18-2279) Airdate 10/02/2018 | Disney Enterprises, Inc. | PA 2-155-513 | 10/25/2018 |
| Jimmy Kimmel Live | (18-2783) Airdate 10/09/2018 | Disney Enterprises, Inc. | PA 2-194-614 | 10/25/2018 |
| Jimmy Kimmel Live | (18-2787) Airdate 10/16/2018 | Disney Enterprises, Inc. | PA 2-164-777 | 11/20/2018 |
| Jimmy Kimmel Live | (18-2792) Airdate 10/23/2018 | Disney Enterprises, Inc. | PA 2-155-490 | 11/2/2018 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Jimmy Kimmel Live | (18-2786) Airdate 10/30/2018 | Disney Enterprises, Inc. | PA 2-164-497 | 11/20/2018 |
| Jimmy Kimmel Live | (18-2804) Airdate 11/13/2018 | Disney Enterprises, Inc. | PA 2-160-701 | 11/26/2018 |
| Jimmy Kimmel Live | (18-2808) Airdate 11/20/2018 | Disney Enterprises, Inc. | PA 2-162-057 | 12/18/2018 |
| Jimmy Kimmel Live | (18-2810) Airdate 12/04/2018 | Disney Enterprises, Inc. | PA 2-162-056 | 12/18/2018 |
| Jimmy Kimmel Live | (18-2814) Airdate 12/11/2018 | Disney Enterprises, Inc. | PA 2-165-953 | 12/24/2018 |
| Jimmy Kimmel Live | (18-2818) Airdate 12/18/2018 | Disney Enterprises, Inc. | PA 2-166-943 | 1/17/2019 |
| Jimmy Kimmel Live | (19-2822) Airdate 01/08/2019 | Disney Enterprises, Inc. | PA 2-171-638 | 1/23/2019 |
| Jimmy Kimmel Live | (19-2826) Airdate 01/15/2019 | Disney Enterprises, Inc. | PA 2-171-636 | 1/23/2019 |
| Jimmy Kimmel Live | (19-2830) Airdate 01/22/2019 | Disney Enterprises, Inc. | PA 2-179-568 | 2/5/2019 |
| Jimmy Kimmel Live | (19-2834) Airdate 01/29/2019 | Disney Enterprises, Inc. | PA 2-175-242 | 2/15/2019 |
| Jimmy Kimmel Live | (19-2838) Airdate 02/05/2019 | Disney Enterprises, Inc. | PA 2-180-232 | 2/19/2019 |
| Jimmy Kimmel Live | (19-2842) Airdate 02/12/2019 | Disney Enterprises, Inc. | PA 2-176-663 | 2/26/2019 |
| Jimmy Kimmel Live | (19-2846) Airdate 02/26/2019 | Disney Enterprises, Inc. | PA 2-190-203 | 3/15/2019 |
| Jimmy Kimmel Live | (19-2850) Airdate 03/05/2019 | Disney Enterprises, Inc. | PA 2-180-965 | 3/19/2019 |
| Jimmy Kimmel Live | (19-2854) Airdate 03/12/2019 | Disney Enterprises, Inc. | PA 2-181-115 | 3/27/2019 |
| Jimmy Kimmel Live | (19-2858) Airdate 03/19/2019 | Disney Enterprises, Inc. | PA 2-180-403 | 4/2/2019 |
| Jimmy Kimmel Live | (19-2862) Airdate 03/26/2019 | Disney Enterprises, Inc. | PA 2-187-506 | 4/9/2019 |
| Jimmy Kimmel Live | (19-2871) Airdate 4/09/2019 | Disney Enterprises, Inc. | PA 2-181-976 | 4/23/2019 |
| Jimmy Kimmel Live | (19-2875) Airdate 04/16/2019 | Disney Enterprises, Inc. | PA 2-188-290 | 5/1/2091 |
| Jimmy Kimmel Live | (19-2901) Airdate 06/18/2019 | Disney Enterprises, Inc. | PA 2-193-597 | 7/2/2019 |
| Dukes of Hazzard | Double Sting (166878) | Warner Bros. Entertainment Inc. | PA0000046823 | 8/6/1979 |
| Dukes of Hazzard | And in This Corner, Luke Duke (167125) | Warner Bros. Entertainment Inc. | PA0000111275 | 7/29/1981 |
| Dukes of Hazzard | Enos Strate to the Top (167122) | Warner Bros. Entertainment Inc. | PA0000111279 | 7/29/1981 |
| Dukes of Hazzard | Mrs. Daisy Hogg (167406) | Warner Bros. Entertainment Inc. | PA0000153555 | 10/18/1982 |
| Dukes of Hazzard | Dukes in Danger (167424) | Warner Bros. Entertainment Inc. | PA0000153562 | 10/18/1982 |
| Dukes of Hazzard | The New Dukes (167702) | Warner Bros. Entertainment Inc. | PA0000163986 | 1/28/1983 |
| Dukes of Hazzard | Boss Behind Bars (185109) | Warner Bros. Entertainment Inc. | PA0000203505 | 2/13/1984 |
| Dukes of Hazzard | Dr. Jekyll and Mr. Duke (188502) | Warner Bros. Entertainment Inc. | PA0000232350 | 12/13/1984 |
| Dukes of Hazzard | Happy Birthday, General Lee (185501) | Warner Bros. Entertainment Inc. | PA0000240437 | 2/1/1985 |
| Family Matters | Baker's Dozens (446014) | Warner Bros. Entertainment Inc. | PA0000468139 | 7/9/1990 |
| Family Matters | Busted (446470) | Warner Bros. Entertainment Inc. | PA0000521714 | 8/20/1991 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Family Matters | Born to Mild (446911) | Warner Bros. Entertainment Inc. | PA0000552077 | 2/14/1992 |
| Family Matters | Boom (446902) | Warner Bros. Entertainment Inc. | PA0000573133 | 7/10/1992 |
| Family Matters | All the Wrong Moves (455361) | Warner Bros. Entertainment Inc. | PA0000728687 | 2/2/1995 |
| Family Matters | Aunt Oona (455367) | Warner Bros. Entertainment Inc. | PA0000728691 | 2/2/1995 |
| Family Matters | The Gun (456214) | Warner Bros. Entertainment Inc. | PA0000765929 | 12/19/1995 |
| Family Matters | Best Years of Our Lives (457106) | Warner Bros. Entertainment Inc. | PA0000805765 | 10/30/1996 |
| Family Matters | Beauty and the Beast (465320) | Warner Bros. Entertainment Inc. | PA0000873139 | 5/6/1998 |
| Family Matters | Breaking Up is Hard to Do (466463) | Warner Bros. Entertainment Inc. | PA0000903866 | 10/30/1998 |
| The Flintstones | The Flintstone Flyer | Warner Bros. Entertainment Inc. | RE0000396998 | 4/12/1988 |
| The Flintstones | Love Letters on the Rocks | Warner Bros. Entertainment Inc. | RE0000397016 | 4/12/1988 |
| The Flintstones | In the Dough | Warner Bros. Entertainment Inc. | RE0000397006 | 4/12/1988 |
| The Flintstones | Hawaiian Escapade | Warner Bros. Entertainment Inc. | RE0000500117 | 11/14/1990 |
| The Flintstones | Dino Goes Hollyrock | Warner Bros. Entertainment Inc. | RE0000573775 | 12/31/1990 |
| The Flintstones | Ann Margrock Presents | Warner Bros. Entertainment Inc. | RE0000547358 | 10/10/1991 |
| The Flintstones | Hop Happy | Warner Bros. Entertainment Inc. | RE0000579412 | 4/1/1992 |
| The Flintstones | Cinderellastone | Warner Bros. Entertainment Inc. | RE0000579395 | 4/1/1992 |
| The Flintstones | Curtain Call at Bedrock | Warner Bros. Entertainment Inc. | RE0000669983 | 3/7/1994 |
| Full House | Sisterly Love | Warner Bros. Entertainment Inc. | PA 370-171 | 3/11/1988 |
| Full House | Beach Boy Bingo | Warner Bros. Entertainment Inc. | PA 710-923 | 7/18/1994 |
| Full House | Aftershocks | Warner Bros. Entertainment Inc. | PA 684-822 | 5/11/1994 |
| Full House | Crimes and Michelle's Demeanor | Warner Bros. Entertainment Inc. | PA 694-932 | 5/11/1994 |
| Full House | Bachelor of the Month | Warner Bros. Entertainment Inc. | PA 552-259 | 2/24/1992 |
| Full House | Captain Video: Part 1 | Warner Bros. Entertainment Inc. | PA 573-550 | 9/15/1992 |
| Full House | Be True to Your Pre-School | Warner Bros. Entertainment Inc. | PA 628-145 | 7/9/1993 |
| Full House | Grand Gift Auto | Warner Bros. Entertainment Inc. | PA 610-345 | 4/27/1993 |
| Full House | A House Divided | Warner Bros. Entertainment Inc. | PA 750-436 | 6/2/1995 |
| Growing Pains | Pilot | Warner Bros. Entertainment Inc. | PA0000266604 | 7/18/1985 |
| Growing Pains | Born Free (185978) | Warner Bros. Entertainment Inc. | PA0000334714 | 6/18/1987 |
| Growing Pains | Aloha (186103-186104) | Warner Bros. Entertainment Inc. | PA0000373613 | 4/22/1988 |
| Growing Pains | Anniversary from Hell (186446) | Warner Bros. Entertainment Inc. | PA0000438756 | 12/5/1989 |
| Growing Pains | Mike and Julie's Wedding (186703) | Warner Bros. Entertainment Inc. | PA0000500776 | 3/5/1991 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Growing Pains | Anger with Love (186/704) | Warner Bros. Entertainment Inc. | PA0000500777 | 3/5/1991 |
| Growing Pains | The World According to Chrissy (187/024) | Warner Bros. Entertainment Inc. | PA0000502124 | 6/21/1991 |
| Growing Pains | Carol's Carnival (187/033) | Warner Bros. Entertainment Inc. | PA0000502112 | 6/21/1991 |
| Growing Pains | The Young and the Homeless (187205) | Warner Bros. Entertainment Inc. | PA0000556572 | 6/2/1992 |
| Lois and Clark, The New Adventures of Superman | Pilot (Parts 1 & 2) | Warner Bros. Entertainment Inc. | PA0000758057 | 11/16/1995 |
| Lois and Clark, The New Adventures of Superman | The Green, Green Glow of Home | Warner Bros. Entertainment Inc. | PA0000758064 | 11/16/1995 |
| Lois and Clark, The New Adventures of Superman | Witness | Warner Bros. Entertainment Inc. | PA0000758067 | 11/16/1995 |
| Lois and Clark, The New Adventures of Superman | Church of Metropolis | Warner Bros. Entertainment Inc. | PA0000775242 | 4/4/1996 |
| Lois and Clark, The New Adventures of Superman | A Bolt from the Blue | Warner Bros. Entertainment Inc. | PA0000775244 | 4/4/1996 |
| Lois and Clark, The New Adventures of Superman | Chip Off the Old Clark | Warner Bros. Entertainment Inc. | PA0000805940 | 11/27/1996 |
| Lois and Clark, The New Adventures of Superman | Big Girls Don't Fly | Warner Bros. Entertainment Inc. | PA0000819237 | 11/27/1996 |
| Lois and Clark, The New Adventures of Superman | Battleground Earth | Warner Bros. Entertainment Inc. | PA0000854415 | 2/2/1998 |
| Lois and Clark, The New Adventures of Superman | AKA Superman | Warner Bros. Entertainment Inc. | PA0000854429 | 2/2/1998 |
| LOONEY TUNES SHOW | Best Friends (345-462) | Warner Bros. Entertainment Inc. | PA0001885178 | 7/1/2013 |
| LOONEY TUNES SHOW | Jailbird and Jailbunny (345-642) | Warner Bros. Entertainment Inc. | PA0001885170 | 7/1/2013 |
| LOONEY TUNES SHOW | You've Got Hate Mail (27) | Warner Bros. Entertainment Inc. | PA0001893466 | 2/27/2014 |
| LOONEY TUNES SHOW | Bobcats On Three! (28) | Warner Bros. Entertainment Inc. | PA0001893450 | 2/27/2014 |
| LOONEY TUNES SHOW | Rebel Without a Glove (30) | Warner Bros. Entertainment Inc. | PA0001893459 | 2/27/2014 |
| LOONEY TUNES SHOW | Semper Lie (31) | Warner Bros. Entertainment Inc. | PA0001893487 | 2/27/2014 |
| LOONEY TUNES SHOW | Point, Laser Point, (345-634) | Warner Bros. Entertainment Inc. | PA0001885220 | 7/1/2013 |
| LOONEY TUNES SHOW | Superrabbit (51) | Warner Bros. Entertainment Inc. | PA0001893470 | 2/27/2014 |
| LOONEY TUNES SHOW | Best Friends Redux (52) | Warner Bros. Entertainment Inc. | PA0001893456 | 2/27/2014 |
| SMALLVILLE | Pilot | Warner Bros. Entertainment Inc. | PA 1-266-673 | 11/1/2002 |
| SMALLVILLE | Duplicity | Warner Bros. Entertainment Inc. | PA 1-266-653 | 1/24/2005 |
| SMALLVILLE | Asylum | Warner Bros. Entertainment Inc. | PA 1-267-608 | 2/1/2005 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| SMALLVILLE | Void | Warner Bros. Entertainment Inc. | PA 1-651-842 | 10/22/2008 |
| SMALLVILLE | Arrow | Warner Bros. Entertainment Inc. | PA 1-634-168 | 7/2/2008 |
| SMALLVILLE | Sleeper | Warner Bros. Entertainment Inc. | PA 1-611-553 | 11/7/2008 |
| SMALLVILLE | Odyssey | Warner Bros. Entertainment Inc. | PA 1-826-508 | 9/13/2012 |
| SMALLVILLE | Savior | Warner Bros. Entertainment Inc. | PA 1-827-918 | 9/14/2012 |
| SMALLVILLE | Finale Part 1 | Warner Bros. Entertainment Inc. | PA 1-879-619 | 6/28/2013 |
| Step by Step | Pilot (47-5049) | Warner Bros. Entertainment Inc. | PA0000573128 | 7/10/1992 |
| Step by Step | Yoyo's Wedding (447-005) | Warner Bros. Entertainment Inc. | PA0000573130 | 7/10/1992 |
| Step by Step | Aloha Pt. 1 (447-914) | Warner Bros. Entertainment Inc. | PA0000610338 | 4/27/1993 |
| Step by Step | Way Off Broadway (455-453) | Warner Bros. Entertainment Inc. | PA0000750859 | 6/28/1995 |
| Step by Step | Where Have You Gone, Joe Dimaggio (456373) | Warner Bros. Entertainment Inc. | PA0000805683 | 10/15/1996 |
| Step by Step | Beautiful Ladies of Wrestling (457164) | Warner Bros. Entertainment Inc. | PA0000838008 | 5/16/1997 |
| Step by Step | Talking Trash (465363) | Warner Bros. Entertainment Inc. | PA0000854379 | 1/30/1998 |
| Step by Step | Absolutely Fabio (465366) | Warner Bros. Entertainment Inc. | PA0000854382 | 1/30/1998 |
| Step by Step | Girls Just Wanna Have Fun (466508) | Warner Bros. Entertainment Inc. | PA0000918010 | 12/4/1998 |
| WEST WING, THE (SERIES) | Pilot | Warner Bros. Entertainment Inc. | PA0001008123 | 11/22/2000 |
| WEST WING, THE (SERIES) | The War at Home | Warner Bros. Entertainment Inc. | PA0001078733 | 5/20/2002 |
| WEST WING, THE (SERIES) | Bartlet for America | Warner Bros. Entertainment Inc. | PA0001110168 | 10/30/2002 |
| WEST WING, THE (SERIES) | 20 Hours in America Part 2 | Warner Bros. Entertainment Inc. | PA0001148944 | 6/18/2003 |
| WEST WING, THE (SERIES) | Arctic Radar | Warner Bros. Entertainment Inc. | PA0001148952 | 6/18/2003 |
| WEST WING, THE (SERIES) | The Warfare of Genghis Khan | Warner Bros. Entertainment Inc. | PA0001291082 | 10/4/2005 |
| WEST WING, THE (SERIES) | NSF Thurmont | Warner Bros. Entertainment Inc. | PA0001765880 | 8/16/2011 |
| WEST WING, THE (SERIES) | 2162 Votes | Warner Bros. Entertainment Inc. | PA0001267457 | 12/15/2005 |
| WEST WING, THE (SERIES) | Tomorrow | Warner Bros. Entertainment Inc. | PA0001770906 | 12/27/2011 |
| WEST WING, THE (SERIES) | The Ticket | Warner Bros. Entertainment Inc. | PA0001769538 | 12/17/2011 |
| Beverly Hills Cop | | Paramount Pictures Corporation | PA 235-452 | 12/27/1984 |
| Boomerang | | Paramount Pictures Corporation | PA 576-800 | 6/17/1992 |
| Bumblebee | | Paramount Pictures Corporation | PA 2-140-679 | 12/11/2018 |
| Clear and Present Danger | | Paramount Pictures Corporation | PA 719-396 | 10/4/1994 |
| Clueless | | Paramount Pictures Corporation | PA 732-384 | 9/18/1995 |
| Coming to America | | Paramount Pictures Corporation | PA 376-420 | 7/12/1988 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Flashdance | | Paramount Pictures Corporation | PA 184-124 | 8/3/1983 |
| Get Rich or Die Tryin' | | Paramount Pictures Corporation | PA 1-303-932 | 11/4/2005 |
| Grease | | Paramount Pictures Corporation | PA 16-189 | 10/20/1978 |
| The Hunt for Red October | | Paramount Pictures Corporation | PA 456-686 | 4/5/1990 |
| Indecent Proposal | | Paramount Pictures Corporation | PA 610-723 | 5/7/1993 |
| The Italian Job | | Paramount Pictures Corporation | PA 1-226-857 | 7/17/2003 |
| Mission: Impossible – Fallout | | Paramount Pictures Corporation | PA 2-114-486 | 7/27/2018 |
| Mission: Impossible – Rogue Nation | | Paramount Pictures Corporation | PA 1-951-538 | 7/30/2015 |
| Pootie Tang | | Paramount Pictures Corporation | PA 1-067-335 | 9/10/2001 |
| Save the Last Dance | | Paramount Pictures Corporation | PA 1-017-109 | 2/26/2001 |
| Tommy Boy | | Paramount Pictures Corporation | PA 701-975 | 5/24/1995 |
| Ghost in the Shell | | Paramount Pictures Corporation | PA 2-026-211 | 3/31/2017 |
| G.I. Joe: Retaliation | | Paramount Pictures Corporation | PA 1-830-729 | 3/27/2013 |
| G.I. Joe: The Rise of Cobra | | Paramount Pictures Corporation | PA 1-638-601 | 8/7/2009 |
| Lara Croft Tomb Raider The Cradle of Life | | Paramount Pictures Corporation | PA 1-138-322 | 7/22/2003 |
| Rings | | Paramount Pictures Corporation | PA 2-017-763 | 2/1/2017 |
| Super 8 | | Paramount Pictures Corporation | PA 1-736-434 | 6/9/2011 |
| Transformers: Revenge of the Fallen | | Paramount Pictures Corporation | PA 1-632-652 | 6/24/2009 |
| XXX: Return of Xander Cage | | Paramount Pictures Corporation | PA 2-015-924 | 1/23/2017 |
| Law & Order: Special Victims Unit | Fallacy | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-191-866 | 11/19/2003 |
| Law & Order: Special Victims Unit | Scavenger | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-216-496 | 11/15/2004 |
| Law & Order: Special Victims Unit | Doubt | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-272-510 | 2/1/2005 |
| Law & Order: Special Victims Unit | Quarry | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-270-445 | 3/9/2005 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Law & Order: Special Victims Unit | Night | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-271-995 | 6/24/2005 |
| Law & Order: Special Victims Unit | Outsider | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-364-002 | 2/5/2007 |
| Law & Order: Special Victims Unit | Alternate | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-597-085 | 10/10/2007 |
| Law & Order: Special Victims Unit | Savant | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-600-818 | 11/5/2007 |
| Law & Order: Special Victims Unit | Blinded | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-603-972 | 11/29/2007 |
| Law & Order: Special Victims Unit | Authority | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-627-320 | 5/19/2008 |
| Law & Order: Special Victims Unit | PTSD | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-620-397 | 12/10/2008 |
| Law & Order: Special Victims Unit | Smut | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-626-566 | 12/22/2008 |
| Law & Order: Special Victims Unit | Ballerina | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-629-125 | 3/30/2009 |
| Law & Order: Special Victims Unit | Crush | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-631-533 | 5/18/2009 |
| Law & Order: Special Victims Unit | Unstable | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-654-771 | 10/7/2009 |
| Law & Order: Special Victims Unit | Users | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-656-965 | 12/1/2009 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|---|---|---|---|---|
| Law & Order: Special Victims Unit | Rescue | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-712-671 | 12/14/2010 |
| Law & Order: Special Victims Unit | Bully | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-725-851 | 3/10/2011 |
| Law & Order: Special Victims Unit | Delinquent | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-735-198 | 5/18/2011 |
| Law & Order: Special Victims Unit | Smoked | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-735-963 | 5/23/2011 |
| Law & Order: Special Victims Unit | Father Dearest | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-788-694 | 5/10/2012 |
| Law & Order: Special Victims Unit | Born Psychopath | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-847-829 | 4/17/2013 |
| Law & Order: Special Victims Unit | Her Negotiation | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-860-805 | 6/4/2013 |
| Law & Order: Special Victims Unit | Thought Criminal | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-912-151 | 6/5/2014 |
| Law & Order: Special Victims Unit | Spring Awakening | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-911-463 | 6/5/2014 |
| Law & Order: Special Victims Unit | Granting Immunity | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-956-365 | 5/6/2015 |
| Law & Order: Special Victims Unit | Manhattan Transfer | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 1-979-281 | 3/11/2016 |
| Law & Order: Special Victims Unit | Sunk Cost Fallacy | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 2-125-357 | 5/10/2018 |

| Title | Episode | Copyright Registrant | Registration Number | Registration Date |
|-------|---------|----------------------|---------------------|-------------------|
| Law & Order: Special Victims Unit | Revenge | Universal Television LLC (formerly known as Universal Network Television LLC) | PA 2-160-167 | 10/23/2018 |